IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERMAINE DAVID BRIGHT,

    Plaintiff,

v.                                     CASE NO. 1:04-cv-00084-MP-AK

JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice. Objections to Report and Recommendation were due by May 13, 2005, but none were filed. Because plaintiff has failed to pay the partial filing fee, as ordered by the Magistrate Judge, and has otherwise failed to show cause, the Court agrees that this case should be dismissed without prejudice. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *23rd*  day of June, 2005

                                       *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge