IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALTON R PITTMAN,

    Plaintiff,
v.                                                                                  CASE NO. 1:04-cv-00082-MP-AK

PAM CAPEN,
GEICO,
KEVIN HAMILL,
STEPHEN OELRICH,
SCHACKOW AND MERCADANTE LAW FIRM,
SANDRA MARIE SCHULAR,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 44, the Report and Recommendations of the Magistrate Judge, recommending that defendants' motions to dismiss be granted and this case dismissed in its entirety. Plaintiff filed objections, doc. 45. For the reasons which follow, the Court agrees with the Magistrate Judge's recommendation.

Plaintiff claims generally that he was involved in a "staged" automobile collision on April 10, 2004. He sues the person who hit him (Sandra Shuler), the law enforcement officer who investigated the accident (Pam Capen), the Sheriff of Alachua County (Stephen Oelrich), the insurance company that settled the claim (Geico), the law firm who represented Sandra Shuler and handled the settlement (Schackow & Mercandante), and a private investigator he hired to investigate Shuler (Kevin Hamill). Generally, he claims that Defendant Shuler hit him on purpose to extort money from Plaintiff's insurance company and that he told the investigating officers this, but they ignored him and were otherwise negligent in their investigation of the

accident. Plaintiff claims that Geico libeled and slandered him and accused him of committing a crime, and that the private investigator absconded with his money without doing any investigation.

After reviewing the file, the Court agrees with the Magistrate Judge that Plaintiff has drafted a vague, conclusory and factually devoid complaint that fails, after three attempts, to state a claim for relief against any of the named Defendants. Plaintiff has not demonstrated how Shuler, Geico, the law firm or the private investigator violated any federal law or otherwise triggered the jurisdiction of this Court. Also, plaintiff has never served Deputy Capen. Finally, plaintiff has not alleged any personal involvement of Sheriff Oelrich.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The defendants' motions to dismiss, docs. 21, 25, 26, 27, and 35, are GRANTED, and this action is DISMISSED. The clerk is directed to close the file.

**DONE AND ORDERED** this _7th_ day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge